THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD ROTH, Appellant. [673 NYS2d 956] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Criminal Possession Stolen Property, 4th Degree.) Present—Denman, P. J., Wisner, Pigott, Jr., Callahan and Boehm, JJ. (Filed Apr. 29, 1998.)

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE A. SMITH, JR., Appellant. [673 NYS2d 956] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Sirkin, J.— Criminal Possession Stolen Property, 4th Degree.) Present— Denman, P. J., Wisner, Pigott, Jr., Callahan and Boehm, JJ. (Filed Apr. 29, 1998.)

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE A. SMITH, JR., Appellant. [673 NYS2d 956] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Orleans County Court, Punch, J.— Criminal Sale Controlled Substance, 3rd Degree.) Present— Denman, P. J., Wisner, Pigott, Jr., Callahan and Boehm, JJ. (Filed Apr. 29, 1998.)